SIGNED THIS 2nd day of June, 2023

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| In re:  Ann Jeannette Hartung | CASE NO.   23-50232 |
|---|---|
| Debtor(s) | CHAPTER   7 |

### ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13

The debtor(s) filed a motion, in accordance with 11 U.S.C. § 706(a), seeking to convert this case to a case under Chapter 13 of the Bankruptcy Code.  Notice of opportunity to object to this motion was given and any timely objections filed have been resolved. The Court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 1112 or § 1208, or § 1307, and it is

O R D E R E D

1. This Chapter 7 case is converted to a case under Chapter 13.
2. The Chapter 7 trustee within thirty (30) days of the date of this Order shall file:
    a. an account of all receipts and disbursements made in the Chapter 7 case, and
    b. a report on the administration of the case pursuant to 11 U.S.C. §704(9).
3. The trustee forthwith shall turn over to the debtor(s) all records and property of the estate remaining in the trustee's custody and control.
4. The trustee or any other party entitled to compensation may within thirty (30) days of the date of this Order file an application for compensation and reimbursement of expenses.
5. The debtor(s) within fourteen (14) days from the date of this Order shall file the statement and schedules required by Bankruptcy Rule 1007(b), if such documents have not already been filed.
6. The debtor(s) within fourteen (14) days from the date of this Order shall file a Chapter 13 plan.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, U.S. Trustee, and all creditors and parties in interest.

***END OF ORDER***

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 23-50232-rbc |
| Ann Jeannette Hartung | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 02, 2023 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann Jeannette Hartung, 175 Hangers Mill Road, Churchville, VA 24421-2421 |
| 5156010 | + | Augusta County Treasurer's Office, PO Box 590, Verona, VA 24482-0590 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2023                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela M. Scolforo (499275) | ascolforo@cvillech13.net |
| Bob Stevens (384920) | trustee@scslawfirm.com  VA37@ecfcbis.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |
| William Harville | on behalf of Debtor Ann Jeannette Hartung harvillebk@gmail.com harville.williamb115872@notify.bestcase.com;notices@vabklaw.com |

TOTAL: 4